# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Plaintiff,

JUNO KNITTING MILLS, INC., on behalf
of itself and all others similarly situated,

-v-

WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER
USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS
NORTH AMERICA DE REPUBLICA DOMINICANA,
INC.; YKK CORPORATION; YKK CORPORATION OF
AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP
FASTENERS AMERICA, INC.; AND SCOVILLE
FASTENERS, INC.

Defendants.

Case No.___08 CV 00051___

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JUNO KNITTING MILLS, INC. _____     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:**   January 3, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** JF-8435 _____