*HAIGHT, J*
*PART, I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01-18-08

JUNO KNITTING MILLS INC., on behalf of
itself and all others similarly situated,

v.

WILLIAM PRYM GMBH & CO., KG; et al.

Civil Action No.
08-CIV-00051 (UA)

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants, William Prym GmbH & Co. KG, Prym Consumer USA, Inc., Prym Fashion, Inc., YKK Corporation of America Inc., YKK (U.S.A.) Inc., YKK Snap Fasteners America, Inc., Coats plc, Coats North America de Republica Dominicana, Inc., and Scovill Fasteners Inc ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is hereby extended until at least 45 days after: (1) the Panel on Multidistrict Litigation rules on the pending motions and (2) Plaintiff files and serves a consolidated class action complaint. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before the date required by this stipulation, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently. In no event shall the Defendants' time to respond to the class action complaint or a consolidated class action complaint, if any, be due prior to the time that a response is due for any defendant that is not a party to this stipulation, except that not more than 30 days shall thereby be added to the time that Defendants would otherwise be required to respond pursuant to this stipulation.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this /5 th day of January, 2008.

Jack G. Fruchter  
ABRAHAM, FRUTCHER & TWERSKY, LLP  
One Penn Plaza, Suite 2805  
New York, NY 10119  
(212) 279-5050  
jfruchter@aftlaw.com

By: _____  
Jack G. Fruchter (JF 8435)

*Attorneys for Plaintiff*

Joseph F. Wayland  
SIMPSON THACHER & BARTLETT LLP  
425 Lexington Avenue  
New York, NY 10017  
(212) 455-2000  
jwayland@stblaw.com

By: _____  
Joseph F. Wayland (JW 75__)

*Attorneys for Defendants Coats plc, and Coats North America de Republica Dominicana, Inc..*

Scott Martin  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
(212) 310-8000  
scott.martin@weil.com

By: _____  
Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH & Co. KG, Prym Consumer USA, Inc., and Prym Fashion, Inc.*

John Shin  
MORGAN LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, NY 10178  
(212) 309-6844  
jshin@morganlewis.com

By: _____  
John Shin (JS 1970)

*Attorneys for Defendants YKK Corporation of America Inc., YKK (U.S.A.) Inc., and YKK Snap Fasteners America, Inc.*

01/18/08

So Ordered.

_____  
USDJ (PART I)

2

So stipulated, this 15th day of January, 2008.

Jack G. Fruchter  
ABRAHAM, FRUCHTER & TWERSKY, LLP  
One Penn Plaza, Suite 2805  
New York, NY 10119  
(212) 279-5050  
jfruchter@aftlaw.com  

By: /s/ Jack G. Fruchter  
Jack G. Fruchter (JF 8435)

*Attorneys for Plaintiff*

Joseph F. Wayland  
SIMPSON THACHER & BARTLETT LLP  
425 Lexington Avenue  
New York, NY 10017  
(212) 455-2000  
jwayland@stblaw.com  

By: _____  
Joseph F. Wayland (JW 7549)

*Attorneys for Defendants Coats plc, and Coats North America de Republica Dominicana, Inc..*

Scott Martin  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
(212) 310-8000  
scott.martin@weil.com  

By: _____  
Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH & Co. KG, Prym Consumer USA, Inc., and Prym Fashion, Inc.*

John Shin  
MORGAN LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, NY 10178  
(212) 309-6844  
jshin@morganlewis.com  

By: /s/ John Shin  
John Shin (JS 1970)

*Attorneys for Defendants YKK Corporation of America Inc., YKK (U.S.A.) Inc., and YKK Snap Fasteners America, Inc.*

3

John G. Despriet  
SMITH, GAMBRELL & RUSSELL, LLP  
1230 Peachtree Street, NE  
Promenade II, Suite 3100  
Atlanta, Georgia 30309-3592  
(404) 815-3500  
jdespriet@sgrlaw.com  

By: /s/ John G. Despriet  
John G. Despriet  
(*Pro Hac Vice Application to be Submitted*)

*Attorneys for Defendant Scovill Fasteners, Inc.*